UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 27, 2015

      MEMO TO COUNSEL RE: Estate of Laquan Nock, et al. v. Tyson Foods, et al.
                                   Civil No. JFM-14-1045

Dear Counsel:

      I have reviewed the memoranda submitted in connection with defendant's motion for partial judgment on the pleadings. I have also reviewed your letters to Judge Bennett dated June 11, 2014.

      Defendants' motion for partial judgment on the pleadings (document 53) is denied. It may be that I will eventually find defendants' position to be meritorious. However, it may also be that plaintiffs' argument is an essentially equitable one that cannot be entertained under Section 502(a)(1)(B). In that event, plaintiffs' claim under Section 502(a)(3) may seem to have more appeal.

      In light of the fact that I am allowing plaintiffs' claim asserting count III to proceed, the conduct of limited discovery is appropriate. As I understand the case, the discovery would be quite limited.

      Please confer with one another and advise me on or before March 13, 2015 as to a proposed discovery and summary judgment motions deadline. If you disagree about the deadlines, please so advise me, and I will rule upon what deadlines are appropriate.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                                          Very truly yours,

                                                           /s/

                                                           J. Frederick Motz
                                                           United States District Judge